IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BARRY D. JOHNSON, | ) | Civil Action No. 3:12-cv-00148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Rice |
| vs. | ) | Magistrate Judge Newman |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause coming before the Court on motion of the Defendant, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Entered: _____

Date: 2-8-13